**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                                  (State)

Case number (*If known*): _____  Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

THEMIS CHIMNEY INC.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

0 6 – 1 6 1 4 3 2 3
EIN

**5. Debtor's address**

Principal place of business

531 Coster Street
Number     Street

Bronx                            NY    10474
City                             State ZIP Code

Bronx
County

Mailing address, if different

529 Manida Street
Number     Street

_____
P.O. Box

Bronx                            NY    10474
City                             State ZIP Code

Location of principal assets, if different from principal place of business

_____
Number     Street

_____
City                             State ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor _____    Case number *(if known)*_____
      *Name*

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known _____ |
| | |                                     MM / DD / YYYY |
| | |    Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known _____ |
| | |                                     MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                         Involuntary Petition Against a Non-Individual                       page 2

Debtor _____  Case number (if known) _____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Diversified Air Products, Inc. | Services rendered | $5,850 |
| Herc Rentals Corp. | Equipment leasing | $25,598.17 |
| SMWU Local 28 et. al.(entity list attached) | Union benefits | $1,164,583.11 |
| | Total of petitioners' claims | $1,196,031.28 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

SMWU Local 28 et. al. (entity list attached)
Name

195 Mineola Boulevard
Number   Street

Mineola           NY        11501
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/14/2024
             MM / DD / YYYY

X /s/Eric Meslin, President & Business Manager
Signature of petitioner or representative, including representative's title

### Attorneys

Jonathan S. Pasternak
Printed name

Davidoff Hutcher & Citron, LLP
Firm name, if any

605 Third Avenue
Number   Street

New York         NY       10158
City             State    ZIP Code

Contact phone  914-381-7400   Email  jsp@dhclegal.com

Bar number  2343598

State  NY

X /s/ Jonathan S. Pasternak
Signature of attorney

Date signed  02/14/2024
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor _____    Case number (*if known*) _____
         Name

**Name and mailing address of petitioner**

Diversified Air Products, Inc.
Name

1 Corporate Drive
Number  Street

Orangeburg         NY         10902
City               State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/14/2024
             MM / DD / YYYY

✗ /s/ Tom Tulley, President
_____
Signature of petitioner or representative, including representative's title

---

Jonathan S. Pasternak
Printed name

Davidoff Hutcher & Citron, LLP
Firm name, if any

605 Third Avenue
Number  Street

New York           NY         10158
City               State      ZIP Code

Contact phone  914-381-7400  Email  jsp@dhclegal.com

Bar number  2343598

State  NY

✗ /s/ Jonathan S. Pasternak
Signature of attorney

Date signed  02/14/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Herc Rentals Corp.
Name

6951 Norwitch Drive
Number  Street

Philadelphia       PA         19153
City               State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/14/2024
             MM / DD / YYYY

✗ /s/ Alex Zurawwskyj, Legal Svcs. & Risk Mgr.
Signature of petitioner or representative, including representative's title

---

Jonathan S. Pasternak
Printed name

Davidoff Hutcher & Citron, LLP
Firm name, if any

605 Third Avenue
Number  Street

New York           NY         10158
City               State      ZIP Code

Contact phone  914-381-7400  Email  jsp@dhclegal.com

Bar number  2343598

State  NY

✗ /s/ Jonathan S. Pasternak
Signature of attorney

Date signed  02/14/2024
             MM / DD / YYYY

---

## LIST OF ENTITIES COMPRISING LOCAL 28

International Association Of Sheet Metal, Air, Rail And
Transportation Workers Local Union No. 28, AFL-CIO
Sheet Metal Workers Local Union No. 28 Welfare Fund
Sheet Metal Workers Local Union No. 28 Annuity Fund
Sheet Metal Workers Local Union No. 28 Pension Fund
Sheet Metal Workers Local Union No. 28 Joint Labor Management Fund
Sheet Metal Workers Local Union No. 28 Education Fund
195 Mineola Boulevard
Mineola, NY 11501
Attn: Eric Meslin, President and Trustee